UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SUSANA MEDINA,                                              CASE NO.:

    Plaintiff,

v.

JKR BENTLEY MANAGEMENT, LLC, and
JKR BENTLEY PROPERTIES, LLC,

    Defendants,

_____.

## COMPLAINT

Plaintiff, SUSANA MEDINA, (Hereinafter "MEDINA") by and through the undersigned counsel hereby sues the Defendants, JKR BENTLEY MANAGEMENT, LLC, and JKR BENTLEY PROPERTIES, LLC, for age discrimination pursuant to the provisions of Section 16(b) of the Fair Labor Standards Act of 1938, as amended. (29 U.S.C. Section 216(b), and the Age Discrimination in Employment Act of 1967, as amended, 29 U.SC. Section 621 et seq. (ADEA), and pursuant to the age discrimination in employment provisions of Florida Statutes, Section 760.10 and states:

## JURISDICTION

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217. This action also asserts claims of age discrimination in employment pursuant to Florida Statutes, Section 760.10, for which jurisdiction is based on the doctrine of pendent jurisdiction.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Florida, Miami-Dade Division.

## PARTIES

3. Plaintiff SUSANA MEDINA, resides in Miami Dade County, Florida, and at all times relevant to this complaint, was a 61 / 62-year-old woman.

4. Defendant, JKR BENTLEY MANAGEMENT, LLC, is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida. At all material times, JKR BENTLEY MANAGEMENT did and does own, operate and/or control the hotel known as Hotel Bentley, located at 510 Ocean Drive, Miami Beach, FL 33139. At all material times, JKR BENTLEY MANAGEMENT is and was an employer within the meaning of the ADEA.

5. Defendant, JKR BENTLEY PROPERTIES, LLC, is a Florida limited liability company with its principal place of business in Miami-Dade County, Florida. At all material times, JKR BENTLEY PROPERTIES did and does own, operate and/or control the hotel known as Hotel Bentley, located at 510 Ocean Drive, Miami Beach, FL 33139. At all material times, JKR BENTLEY MANAGEMENT is and was an employer within the meaning of the ADEA.

6. Plaintiff, SUSAN MEDINA, was employed by the Defendants, JKR BENTLEY MANAGEMENT and JKR BENTLEY PROPERTIES as a housekeeper at Hotel Bentley, and also provided services with regards to Hotel Bentley's continental breakfast service, starting on approximately January 26, 2013 and continuing until Defendant involuntarily terminated her on or about August 22, 2014, because of her age.

7. Plaintiff MEDINA filed a charge of age discrimination with the Florida Commission on Human Relations and the Equal Employment Opportunity Commission (EEOC), on or about December 10, 2015, and has complied with all applicable procedural requirements of FCHP and the ADEA.

## COUNT: I
### (Claim of Age Discrimination Under ADEA
### Against JKR BENTLEY MANAGEMENT)

8. Plaintiff, MEDINA repeats and re-alleges paragraphs 1 through 7 of the Complaint, as if fully set forth herein again at length.

9. Prior to her termination on August 22, 2014, Plaintiff, MEDINA had been employed with JKR BENTLEY MANAGEMENT for approximately (1) year and seven (7) months.

10. Throughout Plaintiff, MEDINA'S employment her work performance has been consistently satisfactory, and in many cases was better by comparison than younger, less experienced, similarly situated employees, who were not likewise terminated.

11. At the time of her termination Plaintiff, MEDINA had seniority over other younger, similarly situated employees, who were not likewise terminated.

12. Following her termination, Plaintiff, MEDINA'S job responsibilities were given to younger, less experienced employees.

13. Prior to the date of her actual termination, Defendant, JKR BENTLEY MANAGEMENT set in motion a plan to terminate Plaintiff based upon her age.

14. Plaintiff MEDINA'S termination and the events leading to her termination, were made by JKR BENTLEY MANAGEMENT in knowing or reckless disregard of the requirements of the ADEA.

15. As a result of the willful, knowing, and intentional conduct of JKR BENTLEY MANAGEMENT, LLC, Plaintiff, MEDINA suffered loss of earnings, past and future, mental anguish, distress, personal embarrassment, and public humiliation among his peers and former customers, friends and family.

## COUNT: II
### (Claim of Age Discrimination Under ADEA
### Against JKR BENTLEY PROPERTIES)

16. Plaintiff, MEDINA repeats and re-alleges paragraphs 1 through 7 of the Complaint, as if fully set forth herein again at length.

17. Prior to her termination on August 22, 2014, Plaintiff, MEDINA had been employed with JKR BENTLEY PROPERTIES for approximately (1) year and seven (7) months.

18. Throughout Plaintiff, MEDINA'S employment her work performance has been consistently satisfactory, and in many cases was better by comparison than

younger, less experienced, similarly situated employees, who were not likewise terminated.

19. At the time of her termination Plaintiff, MEDINA had seniority over other younger, similarly situated employees, who were not likewise terminated.

20. Following her termination, Plaintiff, MEDINA'S job responsibilities were given to younger, less experienced employees.

21. Prior to the date of her actual termination, Defendant, JKR BENTLEY PROPERTIES set in motion a plan to terminate Plaintiff based upon her age.

22. Plaintiff MEDINA'S termination and the events leading to her termination, were made by JKR BENTLEY PROPERTIES in knowing or reckless disregard of the requirements of the ADEA.

23. As a result of the willful, knowing, and intentional conduct of JKR BENTLEY PROPERTIES, LLC, Plaintiff, MEDINA suffered loss of earnings, past and future, mental anguish, distress, personal embarrassment, and public humiliation among his peers and former customers, friends and family.

## COUNT III
### (Claim For Age Discrimination Under Florida Statutes, Section 760.10 Against JKR BENTLEY MANAGEMENT, LLC)

24. Plaintiff restates and re-alleges paragraphs 1 through 7, as if fully set forth herein again at length.

25. Prior to her termination on August 22, 2014, Plaintiff, MEDINA had been employed with JKR BENTLEY MANAGEMENT for approximately (1) year and seven (7) months.

26. Throughout Plaintiff, MEDINA'S employment her work performance has been consistently satisfactory, and in many cases was better by comparison than younger, less experienced, similarly situated employees, who were not likewise terminated.

27. At the time of her termination Plaintiff, MEDINA had seniority over other younger, similarly situated employees, who were not likewise terminated.

28. Following her termination, Plaintiff, MEDINAS job responsibilities were given to younger, less experienced employees.

29. Plaintiff MEDINA'S termination and the events leading to her termination, were made by JKR BENTLEY MANAGEMENT in knowing or reckless disregard of the requirements of the ADEA.

30. Prior to the date of her actual termination, Defendant, JKR BENTLEY MANAGEMENT set in motion a plan to terminate Plaintiff based upon her age.

31. Plaintiff MEDINA'S termination and the events leading to her termination, were made by JKR BENTLEY MANAGEMENT in knowing or reckless disregard of the requirements of the Florida Statute, Section 760.10.

32. As a result of the willful, knowing, and intentional conduct of JKR BENTLEY MANAGEMENT, made pursuant to its common plan, Plaintiff MEDINA suffered, loss of income both past and future, mental anguish, distress, personal embarrassment, and public humiliation among his peers and former customers, friends and family.

33. The actions alleged in Counts I, II, II and IV constitute age discrimination in employment pursuant to Florida Statutes, Section 760.10.

## COUNT III

**(Claim For Age Discrimination Under Florida Statutes, Section 760.10 Against JKR BENTLEY PROPERTIES, LLC)**

34. Plaintiff restates and re-alleges paragraphs 1 through 7, as if fully set forth herein again at length.

35. Prior to her termination on August 22, 2014, Plaintiff, MEDINA had been employed with JKR BENTLEY PROPERTIES for approximately (1) year and seven (7) months.

36. Throughout Plaintiff, MEDINA'S employment her work performance has been consistently satisfactory, and in many cases was better by comparison than younger, less experienced, similarly situated employees, who were not likewise terminated.

37. At the time of her termination Plaintiff, MEDINA had seniority over other younger, similarly situated employees, who were not likewise terminated.

38. Following her termination, Plaintiff, MEDINAS job responsibilities were given to younger, less experienced employees.

39. Plaintiff MEDINA'S termination and the events leading to her termination, were made by JKR BENTLEY PROPERTIES in knowing or reckless disregard of the requirements of the ADEA.

40. Prior to the date of her actual termination, Defendant, JKR BENTLEY PROPERTIES set in motion a plan to terminate Plaintiff based upon her age.

41. Plaintiff MEDINA'S termination and the events leading to her termination, were made by JKR BENTLEY PROPERTIES in knowing or reckless disregard of the requirements of the Florida Statute, Section 760.10.

42. As a result of the willful, knowing, and intentional conduct of JKR BENTLEY PROPERTIES, made pursuant to its common plan, Plaintiff MEDINA suffered, loss of income both past and future, mental anguish, distress, personal embarrassment, and public humiliation among his peers and former customers, friends and family.

43. The actions alleged in Counts I, II, II and IV constitute age discrimination in employment pursuant to Florida Statutes, Section 760.10.

### JURY DEMAND

Plaintiff demands trial by jury of all issues triable of right by a jury.

### RELIEF SOUGHT

WHEREFORE, Plaintiff respectfully request that this Court:

(a) Award against Defendants and in favor of Plaintiff actual damages for loss of revenue including back-pay, future earnings, lost benefits and pension adjustments;

(b) Award compensatory damages for mental anguish, personal suffering, professional embarrassment and public humiliation;

(c) Award Plaintiffs their reasonable attorneys' fees and costs as provided in <u>29 U.S.C. Section 626(b)</u> and, by incorporation, <u>29 U.S.C. Section 216(b)</u>;

(d) Award punitive damages as may be provided under State law;

(e) Grant a permanent injunction enjoining Defendants, their agents, successors, employees, and other representatives from engaging in or continuing to engage in any employment acts, policies, practices, or procedures, which may discriminate, in purpose or impact, against any present or former employee of defendants on the basis of the employee's age;

(f) Grant such other and further relief as the Court deems Just or proper.

Dated this 17th day of June, 2016.

                              THE ROUSSO LAW FIRM
                              9350 South Dixie Highway
                              Suite 1520
                              Miami, Florida 33156
                              (305) 670-6669

By:    **/s/ *Darren J. Rousso, Esq.***
        Darren J. Rousso, Esq.
        Florida Bar No.: 97410
        roussolaw@aol.com
        SERVICE EMAIL:
        roussolaw@yahoo.com